354

COM.

v.

**CABAN, C.**

**1820 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–15–CR–0000716–2015 (Chester)

Affirmed

COM.

v.

**MOSLEY, A.**

**2401 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–45–CR–0001889–2015 (Monroe)

Affirmed

COM.

v.

**DIODORO, A.**

**1932 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–23–CR–0005422–2010 (Delaware)

Affirmed

COM.

v.

**PIPPEN, N.**

**2013 EDA 2016**

Superior Court of Pennsylvania.

Filed 03/28/2017

CP–46–CR–0003182–2007 (Montgomery)

Affirmed

COM.

v.

**KUTCHERA, J.**

**2859 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

CP–13–CR–0001207–2013
(Carbon)

Affirmed

**IN RE: ADOPTION OF
E.I.M., a Minor**

**3071 EDA 2016**

Superior Court of Pennsylvania.

03/28/2017

No. 2016–A052
(Montgomery)

Affirmed